### EPPS V. THE STATE.
(Decided November 22, 1913.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. E. GREENE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

---

### GADSDEN B. & L. M. RAILWAY CO. V. WELLER & COMPANY.
(Decided January 15, 1914.)

APPEAL from Gadsden City Court.

Heard before Hon. JOHN H. DISQUE.

No counsel marked for appellant. HOOD & MURPHREE, for appellee.

Per curiam. Affirmed on certificate.

---

### GELDER V. THE STATE.
(Decided December 18, 1913.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

THOMAS, J.—No error. Affirmed.